IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS TOOL WORKS INC., )<br>   *Plaintiff and Counterclaim-Defendant,* )<br>)<br>v. )<br>)<br>DMOCOE, Inc., et al. )<br>   *Defendants and Counterclaim-Plaintiffs*. ) | Case No. 10-cv-3978<br><br>Judge James B. Zagel<br><br>Magistrate Judge Michael T. Mason |

**JOINT MOTION TO ENTER JUDGMENT ON INFRINGEMENT CLAIM
AND TO DISMISS COUNTERCLAIMS**

Plaintiff, Illinois Tool Works Inc. ("ITW"), and Defendants DMOCOE, Inc., Inpro/Seal LLC and Waukesha Bearings Corporation (collectively "Defendants"), jointly move this Court to (1) enter judgment in favor of Defendants on ITW's infringement claim and Defendants' counterclaim for declaratory relief of non-infringement (counterclaim count I) and (2) to dismiss without prejudice Defendants' remaining counterclaims (counterclaim counts II – IV).

In its Markman decision, this Court construed in Defendants' favor two terms on which ITW's infringement claim hinged. As reflected in the attached Stipulation (Exhibit A), ITW concedes that Defendants' accused device does not infringe any claim of U.S. Patent No. 7,193,836 under the Court's claim construction.

The parties therefore jointly ask this Court to:

(1) Enter judgment under Fed. R. Civ. P. 58 in Defendants' favor on ITW's infringement claim and Defendants' counterclaim for declaratory relief of non-infringement (counterclaim count I), without waiving ITW's right to appeal from that judgment for the purpose of challenging the underlying claim construction;

  (2) Dismiss Defendants' remaining counterclaims (counterclaim counts II – IV) without prejudice, without waiving the Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the district court; and

  (3) Order that each party bear its own costs.

Dated: May 23, 2012      By: /s/ Marina N. Saito
                 Edward H. Rice
                 Marina N. Saito
                 Hopenfeld, Singer, Rice & Saito LLP
                 30 S. Wacker Drive, Suite 2200
                 Chicago, IL 60606

                 *Attorneys for Illinois Tool Works Inc.*

              By: /s/ Adam R. Steinert
                 John Z. Lee
                 Hillary P. Krantz
                 Freeborn & Peters LLP
                 311 S. Wacker Drive, Suite 3000
                 Chicago, IL 60606

                 Kurt L. Glitzenstein
                 Fish & Richardson
                 One Marina Park Drive
                 Boston, MA 02210

                 Adam R. Steinert
                 Fish & Richardson
                 3200 RBC Plaza
                 60 South Sixth Street
                 Minneapolis, MN 55402

                 *Attorneys for DMOCOE, Inc., Inpro/Seal LLC and Waukesha Bearings Corp.*

## **CERTIFICATE OF SERVICE**

I, Marina N. Saito, counsel for Plaintiff Illinois Tools Works Inc., certify that on this 23rd day of May, 2012, I electronically filed the foregoing via the Court's Electronic Case Filing System ("ECF"), which will send a notice of filing to the following:

John Z. Lee
Hillary P. Krantz
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 360-6000
jlee@freebornpeters.com
hkrantz@freebornpeters.com

Adam R. Steinert
Fish & Richardson P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
(612) 335-5070
steinert@fr.com

Kurt L. Glitzenstein
Fish & Richardson
One Marina Park Drive
Boston, MA 02210
(617) 542-8906
glitzenstein@fr.com

/s/ Marina N. Saito
Marina N. Saito